**E-FILED**
Monday, 29 July, 2013  05:49:41 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **TERRY D. WINSLOW,** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | |
| ) | *Case No.: 96-02168* |
| **BET-ENTEC CHEMICAL CO., et al.** ) | |
| ) | |
| *Defendants.* ) | |

## Stipulation of Voluntary Dismissal

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Terry D. Winslow,

through his attorneys, and Defendant Metropolitan Life Insurance Company, through its attorney,

hereby stipulate and agree, that pursuant to settlement, to dismiss all claims made by plaintiff

against Defendant with prejudice and without cost to either party.

Dated: July 29, 2013

/s/ Adam M. Mergenthaler     /s/  Douglas L. Prochnow   (With Permission)

Adam M. Mergenthaler      Douglas L Prochnow
Cascino Vaughan Law Offices Ltd.   WILDMAN HARROLD ALLEN &
220 South Ashland Avenue     DIXON LLP
Chicago, IL 60607        225 W Wacker Dr, Suite 2800
(312) 944-0600         Chicago, IL 60606-1229
Fax: (312) 944-1870       (312) 201-2000
Email: mcascino@cvlo.com     Fax: (312) 201-2555
              Email: prochnow@wildman.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| **TERRY D. WINSLOW,** | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) |
| | ) *Case No.: 96-02168* |
| **BET-ENTEC CHEMICAL CO., et al.** | ) |
| | ) |
| *Defendants.* | ) |

**ORDER**

Pursuant to the foregoing Stipulation of Voluntary Dismissal, IT IS HEREBY

ORDERED that, the parties having agreed to the terms of settlement, that all claims made by

Plaintiff Terry Winslow against Defendant Metropolitan Life Insurance Company are voluntarily

dismissed with prejudice and without cost to either party.  It is further ordered that case number

96-02168 is dismissed with prejudice pursuant to settlement amongst the parties.

**IT IS SO ORDERED.**

Date:_____          _____
                                    Hon. Joe Billy McDade
                                    United States District Court Judge